**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **BRUCE McCALL,** | : | |
| | : | |
| **Petitioner** | : | |
| | : | |
| v. | : | **5:06-CV-23 (WDO)** |
| | : | **5:03-CR-71 (WDO)** |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent** | : | |

**ORDER**

Having carefully considered the Magistrate Judge's Report and Recommendation to deny this habeas petition as time barred, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court.

**SO ORDERED this 21st day of February 2006.**


**S/WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**